# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 3913 | **DATE** | 8/3/2004 |
| **CASE TITLE** | IGOR VLADIMIR ASLAN vs. SHEAHAN, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Plaintiff's motion for leave to appeal in forma pauperis is denied.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | **Document Number** |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | AUG 04 2004 | |
| | Notified counsel by telephone. | | date docketed | 14 |
| ✓ | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | | |
| LG | courtroom deputy's initials | 2004 AUG -3 PM 6:42 | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| IGOR VLADIMIR ASLAN | ) | | |
| | ) | | **DOCKETED** |
| Plaintiff, | ) | | |
| | ) | | AUG 0 4 2004 |
| v. | ) | No. 04 C 3913 | |
| | ) | | |
| SHEAHAN, et al., | ) | | |
| | ) | | |
| Defendants. | ) | | |

## MEMORANDUM OPINION AND ORDER

Plaintiff Igor Aslan filed a *pro se* complaint against his former landlord, his landlord's business partner, the Cook County Sheriff, and directors and officers of the U.S. Department of Homeland Security and the Immigration and Naturalization Service (INS). Along with his complaint, plaintiff also filed a petition to proceed *in forma pauperis* and a motion for appointment of counsel. We denied plaintiff's petition and motion and dismissed his complaint in a Memorandum Opinion and Order dated June 21, 2004. As we explained in that decision we did not have jurisdiction over some of plaintiff's claims and other allegations did not constitute claims upon which relief could be granted. Plaintiff also filed a motion to reconsider, in which he changed the focus of his claims from his landlords' tortious acts ten years ago to plaintiff's unlawful and continuing detention by the INS. In our Memorandum Opinion and Order dated July 1, 2004, we denied this motion, in part, because, contrary to plaintiff's allegations, he was no longer being detained by the INS.

Plaintiff has now filed a "Motion to Appeals [sic] Case." We understand this as a petition for leave to appeal *in forma pauperis*. An appeal may not be taken *in forma pauperis* if the trial



court certifies that it is not taken in good faith. 28 U.S.C. § 1915(a). The Seventh Circuit has cautioned that it is "presumptively erroneous" for a court to grant leave to appeal *in forma pauperis* after dismissing a suit as frivolous. Hains v. Washington, 131 F.3d 1248, 1250 (7th Cir. 1997)(citing Tolefree v. Cudahy, 49 F.3d 1243, 1244 (7th Cir. 1995). Nonetheless, "[e]xceptional cases may arise in which a district court grants leave to appeal in forma pauperis to a plaintiff who appeals a close question under § 1915A in good faith." Hains, 131 F.3d at 1250. This is not one of those exceptional cases. For the reasons stated in our two previous decisions in this case, we find that this appeal lacks an arguable basis and deny plaintiff leave to appeal *in forma pauperis*.

## CONCLUSION

Plaintiff's motion for leave to appeal *in forma pauperis* is denied.

JAMES B. MORAN
Senior Judge, U.S. District Court

August 3, 2004